AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

SEALED UNTIL FURTHER ORDER

## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>JAMES ALAN CIAMMETTI | WARRANT FOR ARREST<br><br>CASE NUMBER: 2:08 CR 194 |

Received-USMS

NOV 21 2008

Hammond, In

To: The United States Marshal
and any Authorized United States Officer

FILED 2009 MAR 30 PM 1:50 CLERK U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA

YOU ARE HEREBY COMMANDED to arrest JAMES ALAN CIAMMETTI and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him in violation of:
18:2422(b) COERCION OR ENTICEMENT OF FEMALE
18:2423(b) COERCION OR ENTICEMENT OF MINOR FEMALE

| | |
|---|---|
| STEPHEN R. LUDWIG<br>Name of Issuing Officer | CLERK, U.S. DISTRICT COURT<br>Title of Issuing Officer |
| *(signature)*<br>Signature of Issuing Officer<br>Deputy Clerk | November 21, 2008 at Hammond, Indiana<br>Date and Location |
| Bail fixed at IN CUSTODY | By Paul R. Cherry<br>Name of Judicial Officer |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at  Hammond Federal Courthouse

| DATE RECEIVED 11-21-08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3-24-09 | Mark Gregoline  DUSM | *(signature)* |