UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:09 CR 194 |
| | ) | |
| JAMES ALLEN CIAMMETTI | ) | |

### GOVERNMENT'S SENTENCING MEMORANDUM

Comes now the United States of America, through David Capp, United States Attorney for the Northern District of Indiana, through Assistant United States Attorney Phillip C. Benson, and hereby files its sentencing memorandum in the above cause, and in support of its memorandum states as follows:

Pursuant to the terms of the plea agreement entered in this cause, the defendant pled guilty to Counts 1 and 4 of the Superseding Indictment. Count 1 charges the defendant with coercion and enticement of a minor in violation in Title 18, United States Code, Section 2422(b). Count 4 charges the defendant with manufacturing child pornography in violation of Title 18, United States Code, Section 2251(a). Additionally, the defendant agreed to liquidate his Indiana Teacher's Retirement Account to pay his restitution to the victim in this cause.

Provided the defendant fulfills his restitution obligation, the government believes the defendant should receive a 3 level reduction for acceptance of responsibility. Based upon the calculations agreed to by the parties and the involved grouping rules, the defendant's final adjusted offense level is 41. The guideline range for level 41, criminal category 1, is 324 to 405 months. The parties recommended sentence of 360 months is within this guideline range. Additionally, pursuant to the terms of the plea agreement, the parties agree that this recommended sentence of 30

years is a fair and reasonable sentence for the defendant's conduct in this case and that no grounds exists for a upward or downward departure/variance from this recommended sentence of 30 years.

WHEREFORE, provided the defendant makes restitution prior to the sentencing hearing in this case, the government agrees to recommend that the 30 year sentence proposed in the plea agreement be imposed.

                Respectfully submitted,

                DAVID CAPP
                UNITED STATES ATTORNEY

                S/ Philip C. Benson
                Philip C. Benson
                Assistant United States Attorney

                United States Attorney's Office
                5400 Federal Plaza, Suite 1500
                Hammond, IN 46320
                Tel: (219)937-5500
                Fax: (219)852-2770
                Internet Address: philip.benson@usdoj.gov

# *Certificate of Service*

      I hereby certified that on December 15, 2010 I filed <u>GOVERNMENT'S SENTENCING MEMORANDUM</u> with the Clerk of the Court; such filing to be made to the following:

by electronic filing:

**Stephen Edward Scheele**    (ses@gk4law.com )

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

**NONE**

                                                  S/ Sandra M. Clanin
                                                 Sandra M. Clanin
                                                 Legal Assistant